HELEN SOBEL, MARJORIE LOVETT and HAZEL KRAMER, on Behalf of Themselves and All Other Stockholders of the Defendant REMINGTON RAND, INC., Similarly Situated, Respondents, v. JAMES H. RAND, JR., and Others, Defendants, and CHARLES P. FRANCHOT and REMINGTON RAND, INC., Appellants.— In a derivative, representative stockholders' action, order granting stay modified by adding to the first ordering paragraph after the words " are not discontinued " the words " or otherwise finally disposed of; " by adding after the words " the moving defendants stipulate to " the words " consent to; " and by adding at the end of said paragraph the words " without prejudice to an application by plaintiff for leave to intervene in the Leech or Mintzer action." As thus modified, the order, in so far as appealed from, is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

. LAURA SOLOMON, Appellant, v. CHARLES SOLOMON, Respondent.— Action for separation brought by a wife against a husband. Order denying plaintiff's motion for alimony and counsel fee modified by granting plaintiff counsel fee of $250, to be paid within ten days from the entry of the order hereon; and, as thus modified, the order is affirmed, with ten dollars costs and disbursements to appellant. No opinion. Order denying plaintiff's motion to strike out the first separate and affirmative defense in defendant's amended answer affirmed, without costs. No opinion. Order denying plaintiff's motion for counsel fee and disbursements on appeal from orders dated April 27, 1940, and May 17, 1940, reversed on the law and the facts, with ten dollars costs and disbursements, motion granted, without costs, and defendant directed to pay plaintiff the sum of $100 as and for counsel fee and disbursements within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

VERNIE SUSSEK, Appellant, v. FRANK J. SUSSEK, Respondent.— Action for separation brought by the plaintiff wife against the defendant husband on the ground of alleged abandonment. Judgment for the defendant dismissing the complaint on the merits unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

LUCY TAYLOR and ELLA TAYLOR, Executrices, etc., of GRACE SLOAN, Deceased, HENRY LAUTZ, CHARLOTTE SCHREINER, MINNIE SCHREINER and ELSA A. WELCH, Appellants, v. ANCHOR CAP & CLOSURE CORPORATION, J. STERLING B. SMITH and CHRISTIAN H. WERNER, Respondents.— Order, made on reargument, denying plaintiffs' motion to vacate an order retaxing costs, and for other relief, affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order dated February 8, 1940, dismissed, without costs. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

FANNIE WISCHNIE and KALMAN WISCHNIE, Respondents, v. MAX DAVIDOFF, Appellant.— Order granting plaintiffs' motion for an examination before trial of a witness in a negligence action affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.